# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

In the Matter of: : CHAPTER 7
:
JOHN BENJAMIN STEWART, JR., : CASE NO. 04-30528 JTL
:
  Debtor :

## LIST PURSUANT TO RULE 3011 FRBP

Pursuant to Rule 3011, the following is a list of the known names and addresses of the entities and the amounts they are entitled to be paid from property of the estate paid into court pursuant to 11 U.S.C. § 347(a):

>Marilu Politowski
>pod Christine R. Sturgeon
>c/o Martin L. Van Winkle
>1070 Copelan Road
>Madison, GA  30650-2412
>$1,933.79

This 8th day of July, 2009.

>/s/ William M. Flatau_____
>WILLIAM M. FLATAU
>State Bar No. 262800

KATZ, FLATAU & BOYER, L.L.P.
355 Cotton Avenue
Macon, Georgia  31201
(478) 742-6481

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

IN THE MATTER OF: : CHAPTER 7
:
JOHN BENJAMIN STEWART, JR., : CASE NO. 04-30528 JTL
:
   Debtor :

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing List Pursuant to Rule 3011 FRBP upon Elizabeth A. Hardy, Esq., 440 MLK, Jr. Blvd., Suite 302, Macon, Georgia 31201 by serving electronically.

This 8th day of July, 2009.

                                                /s/ William M. Flatau
                                                WILLIAM M. FLATAU